# United States District Court

DISTRICT OF Delaware

UNITED STATES OF AMERICA
V.
Roberto DeLeon-Perez

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-01M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 30, 2007 in New Castle county, in the District of Delaware defendant(s) did, (Track Statutory Language of Offense)

see attachment A

in violation of Title _____ United States Code, Section(s) 8USC1326(a) and (b).

I further state that I am a(n) Special Agent, ICE (Official Title) and that this complaint is based on the following facts:

see attached affidavit

FILED
JAN 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
SA William O. Horn, ICE

Sworn to before me and subscribed in my presence,

Date: Jan 2, 2008    at Wilmington, DE
                        City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

Being an alien and subject of Guatemala, who had been deported and removed from the United States to Guatemala on or about 3-3-04, was found in the United States, and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Under Secretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission.

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the Immigration and Naturalization Service (INS). The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3. On December 30, 2007, the Delaware River and Bay Authority (DRBA) Police notified ICE that they had performed a traffic stop of a van containing 14 illegal aliens. Your affiant responded to the DRBA facility in New Castle, Delaware, and was advised that a name check on one of the individuals received a positive hit from ICE's Law Enforcement Support Center (LESC), advising that he may have been previously removed from the United States. Your affiant spoke to the individual, who identified himself as Roberto DE LEÓN-Pérez, a citizen of Guatemala. When asked whether he had previously been removed from the United States, DE LEON stated that he had. He was advised of his rights verbally and no other questioning was done at this time.

4. On December 31, 2007, your affiant advised the individual claiming to be Roberto DE LEÓN of his rights in writing and interviewed him at the US Customs and Border Protection (CBP) office in New Castle, DE. He gave a sworn statement, in which he admitted that he had been removed from the United States in 2004, following criminal convictions in 2003 for Burglary Second Degree and Aggravated Menacing, and that he had returned illegally earlier this year, without seeking or being granted permission to do so.

5. On December 31, 2007, the subject's fingerprints were submitted to ICE and the FBI via ICE's Integrated Automated Fingerprint Identification System (IAFIS), and the fingerprints matched those of Roberto DE LEÓN-Pérez, Alien Registration Number A96 206 281, FBI Number 271311CC1, who was removed from the United States in 2004. There are two aliases given for him, Zacarias VELÁSQUEZ and Velásquez ZACARIAS. A criminal history check showed that DE LEÓN had been convicted in Delaware on October 20, 2003 of Burglary Second Degree and Aggravated mencacing.

6. A check of computerized ICE records revealed that DE LEÓN had been removed from the United States to Guatemala on or about March 03, 2004, and that the reason for removal was a conviction for an Aggravated Felony.

WHEREFORE, your affiant avers there is probable cause to believe that Roberto DE LEÓN-Pérez, a citizen and national of Guatemala, was previously removed by INS to Guatemala in 2004, and that, prior to his reembarkation at a place outside the United States, neither the United States

Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(a) and (b).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement