# United States District Court

_____ DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

ROBERTO DELEON-PEREZ

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-01M

I, __ROBERTO DELEON-PEREZ__, charged in a (complaint) (petition) pending in this District with __ILLEGAL RE-ENTRY AFTER DEPORTATION__ in violation of Title __8__, U.S.C., __1326(a) AND (b)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Roberto DeLeon perez_
Defendant

1/2/08
Date

_[signature]_
Counsel for Defendant

FILED
JAN 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE