UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
                                   )    CASE NO. **CR 08-06-SLR**
      vs.                          )
                                   )
**ROBERTO DeLEON-PEREZ**           )
                                   )
            Defendant.             )

### O R D E R

   The defendant, upon entering a plea of not guilty to the

Indictment on **JANUARY 17, 2008** requested, through counsel,

additional time to file pretrial motions.  The Court having

considered the request,  it is **ORDERED** that the deadline for the

defendant to file pretrial motions is extended until *February 1, 2008.*

The time between the date of this order and *February 1, 2008*

shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et

seq.).

                              _____
                              Honorable Mary Pat Thynge
                              U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney



FILED

JAN 17 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE