IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-006-SLR |
| | ) |
| ROBERTO DELEON-LOPEZ, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 6th day of February, 2008,

IT IS ORDERED that a telephonic status conference is scheduled for **Wednesday, February 20, 2008** at **9:00 a.m.**, with the court initiating said call.

_____
United States District Judge