IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERTO DELEON-LOPEZ,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Crim. No. 08-006-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 14th day of February, 2008 having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Thursday, February 28, 2008** at **8:45 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **February 28, 2008** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(l).

                                                                                               _____<br>
                                                                                               United States District Judge